# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Thomas Crawley                                  Docket No. 7:99-CR-15-2

**Petition for Action on Supervised Release**

  COMES NOW Pamela O. Thornton, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Thomas Crawley, who, upon an earlier plea of guilty to Bank Robbery and Aiding and Abetting, in violation of 18 U.S.C.§2113(a), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on June 28, 1999, to the custody of the Bureau of Prisons for a term of 151 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

3. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

4. The defendant shall participate in such vocational training program as directed by the probation office.

5. The defendant shall pay a Special Assessment of $100, a fine of $5000 and restitution in the amount of $315.

  Thomas Crawley was released from custody on June 4, 2010, at which time the term of supervised release commenced.

Thomas Crawley
Docket No. 7:99-CR-15-2
Petition For Action
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 10, 2010, the releasee was charged with Shoplifting, Concealment of Goods (2 Steaks), from Lowes Foods, Case # 10CR10087, by the Wilmington Police Department, Wilmington, North Carolina. The releasee informed his probation officer he had been charged and advised he was sorry. He stated he had been consuming alcohol prior to the incident which may have led to irrational thinking. This case is scheduled for a hearing in New Hanover County District Court on October 28, 2010.

The releasee receives partial disability of $449.34 a month and food stamps of $120. He lives alone in an apartment and has no other income. He struggles financially. Due to his lack of finances he has failed to make payments towards his court ordered monetary obligation.

The releasee has been placed in both mental health and substance abuse therapy. He is participating as requested and appears remorseful for his actions in the above incident. He has also been referred to Vocational Rehabilitation and is checking into taking literacy classes. The probation office recently provided him with a bus pass to assist him with making his appointments. It is recommended the releasee be continued on supervision to participate in therapy and that no action be taken at this time. It is further recommended his conditions be modified to include special conditions of cognitive behavioral therapy and educational services.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

2. The offender shall participate in an educational services program as directed by the probation officer. Such program may include GED preparation, English as a Second Language classes, and other classes designed to improve the offender's proficiency in skills such as reading, writing, mathematics, or computer use.

Thomas Crawley
Docket No. 7:99-CR-15-2
Petition For Action
Page 3

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Pamela O. Thornton
Pamela O. Thornton
Senior U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: (910) 815-4857
Executed On: October 19, 2010

### ORDER OF COURT

Considered and ordered this 22nd day of October, 2010, and ordered filed and made a part of the records in the above case.

James C. Fox
James C. Fox
Senior U.S. District Judge