# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Thomas Crawley             Docket No. 7:99-CR-15-2

### Petition for Action on Supervised Release

COMES NOW Pamela O. Thornton, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Thomas Crawley, who, upon an earlier plea of guilty to Bank Robbery and Aiding and Abetting, in violation of 18 U.S.C.§2113(a), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on June 28, 1999, to the custody of the Bureau of Prisons for a term of 151 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

3. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

4. The defendant shall participate in such vocational training program as directed by the probation office.

5. The defendant shall pay a Special Assessment of $100, a fine of $5000 and restitution in the amount of $315.

Thomas Crawley was released from custody on June 4, 2010, at which time the term of supervised release commenced.

On September 10, 2012, the releasee was charged with Shoplifting, by the Wilmington Police Department. On October 22, 2010, the court modified the releasee's conditions to include participation in a Cognitive Behavioral Program and an Educational Program.

Thomas Crawley
Docket No. 7:99-CR-15-2
Petition For Action
Page 2

On January 26, 2012, the court was apprised the releasee was charged with Shoplifting in New Hanover County, on December 25, 2011. It was requested the violation be held in abeyance and the court take no further action. The releasee was orally reprimanded, his mental health treatment intensified, and he was referred for further evaluation by a Psychiatrist.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 8, 2012, the releasee was charged with Misdemeanor Larceny, Case # 12CR051391, by the Wilmington Police Department, Wilmington, North Carolina. The releasee was not arrested until March 15, 2012. This case is scheduled for a hearing in New Hanover County District Court on May 2, 2012.

The releasee admitted to the probation officer he walked out of the store with items that did not belong to him and stated he does not understand why he continues this behavior. He has been involved in both mental health and substance abuse therapy since his release to supervision. Most recently, his mental health treatment was intensified and he was placed on mood stabilizing medications in an attempt to deter him from making compulsive/irrational decisions. He is participating in weekly cognitive behavioral therapy and appears remorseful for his actions in the above incident. He is also participating in literacy classes. The releasee lives alone in an assisted living community and receives Social Security Disability Benefits.

This incident is the third time the releasee has been charged with a shoplifting offense. The probation office realizes the releasee has continued to make irrational decisions and incur new charges. However, we also aware the releasee has struggled with mental health problems, including hearing voices and being unable to think clearly. Further, he has struggled with medication adjustments over the last few months. He has recently been placed on medicine for his schizophrenic behavior which he states has improved his comprehension. Considering his medical and mental health issues, it is recommended he be continued on supervision to continue participation in the mental health program and his conditions be modified to include a special condition of one weekend in jail as a sanction for this most recent violation behavior. This weekend incarcerated should be a deterrent to future criminal behavior.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Thomas Crawley
Docket No. 7:99-CR-15-2
Petition For Action
Page 3

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons from 6 p.m. Friday until 6 p.m. Sunday for a period of one weekend, and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Pamela O. Thornton
Pamela O. Thornton
Senior U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: (910) 679-2048
Executed On: April 13, 2012

### ORDER OF COURT

Considered and ordered this __16th__ day of __April__, 2012, and ordered filed and made a part of the records in the above case.

James C. Fox
Senior U.S. District Judge